Opinion approved by the Court.

### LAWRENCE v. STATE.
### No. 24607.

Court of Criminal Appeals of Texas.
Jan. 18, 1950.

None on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for driving an automobile upon a public highway while intoxicated.

Upon appellant's plea of guilty, punishment was assessed at a fine of $50.

No statement of facts nor bills of exceptions are found in the record.

The judgment is affirmed.

### WEBBER v. STATE.
### No. 24606.

Court of Criminal Appeals of Texas.
Jan. 18, 1950.

None on appeal.

J. C. Patterson, County Attorney, Benjamin, George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for a violation of the liquor law, with a fine of $400.

The record contains no statement of facts nor bills of exception. The proceedings appear regular in all things. Nothing is presented for our consideration.

The judgment of the trial court is affirmed.